IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kirsha Brown                    )
                                )
            Plaintiff,          )
                                )
        v.                      )    No. 06 CV 5336
                                )
The Federal Bureau of           )
Investigation,                  )
                                )
            Defendant.          )

## Memorandum Order

Kirsha Brown ("Brown") has just filed a Complaint against the Federal Bureau of Investigation, coupled with an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion"), in each instance using the form made available by this District Court's Clerk's Office for pro se litigants. This memorandum order is issued to address the problems opposed by those filings.

First, this Court finds that the Application satisfactorily establishes Brown's financial inability to bear both (1) the cost of the filing fee and (2) the amount that would be required to retain counsel to represent him, so that both the Application and the Motion could be granted if Brown advances some claim that is non-frivolous in the legal sense defined by Neitzke v. Williams, 490 U.S. 319, 325 (1989) and Denton v. Hernandez, 504 U.S. 25, 32-33 (1992). This memorandum order turns then to the latter subject.

On that score sovereign immunity operates to bar a lawsuit directly against the FBI, something that nonlawyer Brown could not be expected to know. But he has correctly checked the box in the Complaint form that labels his action as a "Bivens" action (Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971)), so that this Court will evaluate the Complaint from that perspective. In that regard, Brown's allegations (see the attached photocopy of Complaint ¶ V) create a serious doubt as to whether his stated grievance is fancied rather than real--the kind of problem that may call for dismissal.

Accordingly, Brown is ordered to file a supplement to the Complaint on or before October 18, 2006 setting out the basis for his belief that he has been "monitored by the Federal Bureau of Investigation" and that information about him "has been leaked to the public and media (secretly)." This Court will then evaluate whether or not Brown should be allowed to proceed with this lawsuit.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 5, 2006

2

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. **Do not give any legal arguments or cite any cases or statues.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Uses as much space as you need. Attach extra sheets if necessary.)

I have been monitored by the Federal Bureau of Investigation for several months now, for unknown reasons! According to my knowledge and the knowledge/statements of one possible hearsay witness the FBI has informed the general public and the media of my existence. The FBI has hired 3-5 informants who are regular citizens in my community/neighbors and 1 informant happens to be a personal acquaintance! Warrant-less wire tapping and spying has occurred!

1.) An extreme amount of non-criminal, sensitive and confidential data has been leaked to the public and media (secretly). The types of information that was released is my medical and psychological records, very personal information about my life, relationships, and family, personal information about my background, medical information about my family, and basically every unnecessary detail of my life has been leaked to the public. I strongly believe that my privacy has been invaded/violated!

2.) I strongly believe that this information has been utilized and provided to the public and all other outlets with the intent to inflict emotional distress, to humiliate and embarrass myself and family! I strongly believe that this information has been used with the intent to tarnish my reputation cause un-wanted and un-needed negative attention and criticism, all with the intent to create a difficulty for me to thrive personally and professionally, robbing me of life and liberty! Most of the informants have presented information in a slanderous and sometimes misleading manner, in which has distorted my character/and or image, causing verbal attacks while in the general public!

3.) This information that has been provided to the public has caused severe mental distress, in which caused me to be admitted to a psychiatric facility for 2 ½ weeks. This hospitalization has caused un-expected medical bills now and in the future; that I am unable to pay due to my economical state!

4.) In response to my reputation it has effected my ability to become employed, ultimately causing loss of wages now and in the future! It has caused me to be financially destitute, and unable to support myself and my child, and it has caused a great deal of economical suffering

5.) The leaking of sensitive information has caused me to endure severe pain and suffering, causing alienation & isolation, and loss of enjoyment in life. I strongly believe that this transferring of information has been related to the public and media with the intent to cause pain and suffering, in every aspect. The manner in which this warrant-less investigation/spying/wire-tapping has been carried out is extreme & outrageous!