IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIRSHA BROWN,                          )
                                       )
                 Plaintiff,            )
                                       )
        v.                             )    No.  06 C 5336
                                       )
FEDERAL BUREAU OF INVESTIGATION,       )
                                       )
                 Defendant.            )

MEMORANDUM ORDER

Kirsha Brown ("Brown") has filed a Complaint Supplement in response to this Court's October 5, 2006 memorandum order ("Order"). As the Order reflected, this Court's concern has been whether Brown's assertions may fall into the category of "claims describing fantastic or delusional scenarios, claims with which federal judges are all too familiar" (Neitzke v. Williams, 490 U.S. 319, 328 (1989)). At the same time, this Court has always been aware of--and has conformed its rulings to--the teaching of Denton v. Hernandez, 504 U.S. 25, 33 (1992):

> An in forma pauperis complaint may not be dismissed, however, simply because the court finds the plaintiff's allegations unlikely. Some improbable allegations might properly be disposed of on summary judgment, but to dismiss them as frivolous without any factual development is to disregard the age-old insight that many allegations might be "strange, but true; for truth is always strange, Stranger than fiction." Lord Byron, Don Juan, canto XIV, stanza 101 (T. Steffan, E. Steffan, & W. Pratt eds. 1977).

What Brown has now submitted in the Complaint Supplement requires further development to determine on which side of the line her claim falls. Accordingly Brown is granted leave to

proceed with this action in forma pauperis, and this Court is contemporaneously issuing its customary initial scheduling order.

Milton I. Shadur
Senior United States District Judge

Date: October 12, 2006