IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

KIRSHA BROWN,                     )
                                  )
                Plaintiff,        )
                                  )
     v.                           )      No.  06 C 5336
                                  )
FEDERAL BUREAU OF INVESTIGATION,  )
                                  )
                Defendant.        )

                           MEMORANDUM

     This Court has dealt carefully and patiently with the pro se efforts by Kirsha Brown ("Brown") to proceed with this action. Its October 5 and October 12 memorandum orders have granted Brown leave to proceed in forma pauperis but have not granted her Motion for Appointment of Counsel ("Motion"). Yet Brown has chosen to be abusive to this Court's able minute clerk, whose responsibility it is to carry out the memorandum orders issued by this Court--Brown has improperly accused the minute clerk of deciding to deny the appointment of counsel on her own (!), and she has compounded that false accusation by complaining to the minute clerk's supervisor on the same wholly unjustified ground.

     That conduct will not be tolerated.  Any further such actions by Brown will be met with an order dismissing this action for abuse of the justice system.  In the meantime, if Brown were to file an amended Motion in which she sets out whatever further

bona fide efforts she has essayed to obtain counsel on her own,[1] this Court would be prepared to entertain such a revised Motion--but unless and until that occurs, Brown will have to go it alone.

                                                  _____
                                                  Milton I. Shadur
                                                  Senior United States District Judge

Date: November 7, 2006

---

[1] Again it should be emphasized that Brown would have to do so without engaging in the type of falsely accusatory communications in which she has indulged up to now.